DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN GAUTHIER,**
Appellant,

v.

**CAROLYN GAUTHIER,**
Appellee.

No. 4D2023-1799

[May 2, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. DVCE23-004137.

John Gauthier, Davie, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CONNER and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***